Entered on Docket
March 19, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed March 19, 2018

Charles Novack
U.S. Bankruptcy Judge

SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
STEVEN B. SACKS,
Cal. Bar No. 98875
MATT R. KLINGER,
Cal. Bar No. 307362
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: 415.434.9100
Facsimile: 415.434.3847
Email: ssacks@sheppardmullin.com
       mklinger@sheppardmullin.com

Attorneys for Plaintiff CORIE CROWE

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KAHALA COURTDEYA DRAIN,<br><br>        Debtor, | Case No.: 17-41007<br><br>Chapter 13 |
| CORIE CROWE, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>KAHALA COURTDEYA DRAIN,<br><br>        Defendant. | Adv. Pro. No. 17-04045<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANT KAHALA COURTDEYA DRAIN**<br><br>Date:    March 12, 2018<br>Time:   10:00 a.m.<br>Place:  United States Bankruptcy Court<br>          Courtroom 215<br>          1300 Clay Street,<br>          Oakland, CA 94612<br>Judge:  Honorable Charles Novack |

1. This matter came before the Court on March 12, 2018, upon the *Plaintiff's Motion for Entry of Default Judgment Against Defendant Kahala Courtdeya Drain* (the "Motion") filed by Ms. Corie Crowe, the plaintiff (the "Plaintiff") in the above-captioned adversary proceeding (the "Adversary Proceeding") on February 8, 2018. The Court, finding that the Plaintiff is entitled to judgment on the non-dischargeability claim asserted in her complaint, and good cause appearing HEREBY ENTERS JUDGMENT in favor of the Plaintiff and against Kahala Courtdeya Drain (the "Debtor") as follows:

  1. The Plaintiff's Motion, as modified by this Judgment, is GRANTED;
  2. The Plaintiff's claim against the Debtor in the amount of $6,734.15, plus interest accrued under applicable California law, is non-dischargeable in the Debtor's bankruptcy case (Case No. 17-41007) pursuant to 11 U.S.C. § 1328(a)(4).

**\*\*\*END OF ORDER \*\*\***

| | |
|---|---|
| 1 | **Court Service List** |
| 2 | |
| 3 | Kahala Courtdeya Drain |
| 4 | 1390 Market St. #318<br>San Francisco, CA 94102 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |